# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                   CASE NO. 5:19-CR-50047

DIEGO DANIEL PADRON-TORRES                             DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 18) filed in this case on June 10, 2019, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 17, ¶ 3).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted. The written plea agreement is tentatively approved and will be subject to final approval by the undersigned at sentencing.

**IT IS SO ORDERED** on this 10th day of June, 2019.

                                                    /s/ Timothy L. Brooks_____
                                                    TIMOTHY L. BROOKS
                                                    UNITED STATES DISTRICT JUDGE